**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-25-00725-CV

—————————————

### ALI YAZDCHI AND H. RAHIMI, Appellants

### V.

### GASS AUTOMOTIVE INC., Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1256150**

---

## MEMORANDUM OPINION

Appellants Ali Yazdchi and H. Rahimi, proceeding pro se, failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On November 24, 2025, the Clerk of this Court notified Appellants that their appellate brief was past due, and their appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed

Appellants to file their brief and a motion requesting an extension to file the brief within 10 days of our notice. Appellants did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.